■ Louis Roderka, Appellant, v Commander Oil Corporation et al., Defendants and Third-Party Plaintiffs-Respondents. Joseph Corvetti et al., Third-Party Defendants-Respondents. [661 NYS2d 976] —Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Dunne, J.), dated June 20, 1996.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Dunne at the Supreme Court. O'Brien, J. P., Sullivan, Altman and McGinity, JJ., concur.